IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALAN UTZ & ASSOCIATES, INC., | * |
| Plaintiff, | * |
| v. | *     Civil Action No. S - 98-2978 |
| EAST COAST INDUSTRIES, INC., et al., | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kieran E. Fox, counsel for Defendant, East Coast Industries, Inc., hereby notifies all parties that his appearance is hereby withdrawn. K. Donald Proctor continues his appearance on behalf of Defendant, East Coast Industries, Inc.

_____
Kieran E. Fox (Trial Bar #023993)
K. Donald Proctor, P.A.
102 West Pennsylvania Avenue
Suite 505
Towson, Maryland 21204
(410) 823-2258

_____
K. Donald Proctor (Trial Bar #00298)
Proctor & Shach, LLC
102 West Pennsylvania Avenue, Suite 505
Towson, Maryland 21204
(410) 823-2258
*Attorneys for Defendant and Third Party Plaintiff, East Coast Industries, Inc.*

APPROVED,
[signature]
10/22/99

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _20_ day of October, 1999, a copy of the aforegoing Notice of Withdrawal of Appearance was mailed first class, postage pre-paid, to:

    Michael J. Kator, Esquire
    Kator, Scott & Parks
    1899 L Street, N.W.
    Suite 1275
    Washington, D.C. 20036-3804

    George C. Davis, Esquire
    Hardwick & Harris
    Fidelity Building
    210 North Charles Street
    Baltimore, MD 21201
    ***Attorneys for Plaintiff, Alan Utz & Associates***

    E. Charles Dann, Jr., Esquire
    Goodell, DeVries, Leech & Gray, LLP
    One South Street, 20th Floor
    Baltimore, MD 21202
    ***Attorneys for Defendant,***
    ***Crum & Forster Insurance Company***

and to

    Howard S. Stevens, Esquire
    Wright, Constable & Skeen, LLP
    100 Light Street, Third Floor
    Baltimore, MD 21202-1036
    ***Attorneys for Third Party Defendant, STV Group, Inc.***

    Susan T. Ford, Esquire
    Council, Baradel, Kosmerl & Nolan, P.A.
    125 West Street, Fourth Floor
    P.O. Box 2289
    Annapolis, MD 21404-2289
    ***Attorneys for Third Party Defendant, Groundwater & Environmental Services, Inc.***

                                                                      K. Donald Proctor