```
____FILED    ____ENTERED
____LODGED   ____RECEIVED
```

OCT 28 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
____FILED    ____ENTERED
____LODGED   ____RECEIVED
```

OCT 2? 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| ALAN UTZ & ASSOCIATES | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: AMD 98-2978 |
| EAST COAST INDUSTRIES, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This case is before the Court on ~~Crum & Forster~~ *North River*'s unopposed Motion for Extension of the Pre-trial Dispositive Motions Deadline, dated May 1, 1998.

Upon review of the Motion, the Motion is this 28th day of Oct., 1999, GRANTED.

The dispositive pre-trial motions deadline, originally set for October 26, 1999, is hereby extended to November 2, 1999.

_____
ANDRE M. DAVIS
United States District Judge

248099

