___FILED  ___ENTERED
___LODGED  ___RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND   NOV 0 2 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| ALAN UTZ & ASSOCIATES | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: AMD 98-2978 |
| EAST COAST INDUSTRIES, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This case is before the Court on North River's unopposed Motion for Extension of the Pre-trial Dispositive Motions Deadline, dated November 1, 1999.

Upon review of the Motion, the Motion is this 2d day of Nov., 1999,

GRANTED.

The dispositive pre-trial motions deadline, currently set for November 2, 1999, is hereby extended to November 5, 1999.

_____
ANDRE M. DAVIS
United States District Judge

249188

