## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALAN UTZ & ASSOCIATES           :

    Plaintiffs                  :

v.                              :       Civil Action No. AMD98-2978

EAST COAST INDUSTRIES, INC., et al.  :

    Defendants                  :

### ORDER

Upon review and consideration of the motion of Alan Utz & Associates, Inc. and North River to sever the claims against North River from the claims against East Coast, and good cause having been shown, it is this 3rd day of Dec., 1999 ORDERED, that the motion is GRANTED.

_____
The Honorable Andre M. Davis, Judge, United States District Court for the Northern District of Maryland