IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALAN UTZ & ASSOCIATES, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 8 - 98-2978 |
| EAST COAST INDUSTRIES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DISMISSAL WITH PREJUDICE

Dismiss this action and all claims therein against all parties with prejudice.

*George C. Davis*
George C. Davis
Hardwick & Harris, LLP
210 N. Charles Street, Suite 900
Baltimore, Maryland 21201
(410) 727-0828
***Attorneys for Plaintiff Alan Utz & Associates, Inc.***

APPROVED
[signature]
4/27/2000

APPROVED:

_____
K. Donald Proctor (Trial Bar #00298)
Proctor & Shach, LLC
102 West Pennsylvania Avenue, Suite 505
Towson, Maryland 21204
(410) 823-2258
*Attorneys for Defendant and Third Party*
*Plaintiff, East Coast Industries, Inc*


_____
Charles E. Dann, Jr., Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Defendant,*
*Crum & Forster Insurance Company*